13646

LYLES *ET AL.* v. COLLINS

(169 S. E., 666)

*Messrs. Johnson & Johnson,* for appellant,

*Messrs. Osborne & Butler,* for respondents,

July 7, 1933.

The opinion of the Court was delivered by MR. JUSTICE BONHAM.

This is an appeal from the order of Judge Foster of Spartanburg County Court, which sustains a demurrer by plaintiffs to the counterclaim interposed by the defendant. The

order of Judge Foster plainly and concisely sets forth the history of the litigation, and correctly disposes of the issues before him.

All exceptions are overruled, and the order appealed from is affirmed.

MR. CHIEF JUSTICE BLEASE and MESSRS. JUSTICES STABLER and CARTER concur.